# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2955

_____

Eugene H. Mathison,                               *
                                                  *
                    Appellant,                     *
                                                  *  Appeal from the United States
            v.                                     *  District Court for the
                                                  *  District of South Dakota.
Carol Twedt; Steve Reecy; Al Penning;             *
Charlotte Heroux; Dan Elston; Three               *      [UNPUBLISHED]
Unknown Named Medical Personnel of                *
Minnehaha County Jail, South Dakota;              *
Five Unknown Officers of Minnehaha                *
County Jail, South Dakota,                        *
                                                  *
                    Appellees.                     *

_____

Submitted: February 1, 2002
Filed:  February 4, 2002

_____

Before HANSEN,[1] Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD,
        Circuit Judges.

_____

PER CURIAM.

_____

[1]The Honorable David R. Hansen became Chief Judge of the United States
Court of Appeals for the Eighth Circuit on February 1, 2002.

Inmate Eugene Mathison appeals the district court's[2] dismissal of his action asserting 42 U.S.C. § 1983 claims arising out of his stay in the Minnehaha County Jail, and the court's denial of his motions for recusal. Having carefully reviewed the record, we conclude that the action was properly dismissed and the motions properly denied. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable John Bailey Jones, United States District Judge for the District of South Dakota.